UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANDEL RICHARD HOFFMAN,

                      Plaintiff,

      -against-

UNITED AIRLINES HOLDING LLC, *et al.*,

                      Defendants.

20-CV-8776 (CM)

CIVIL JUDGMENT

      Pursuant to the order issued December 21, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed in forma pauperis ("IFP application") or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  December 21, 2020
           New York, New York

                                                    COLLEEN McMAHON
                                         Chief United States District Judge